UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVYN ENCARNACION, an individual; RICQUAN JONES, an individual; and on Behalf of all others similarly situated, Plaintiffs, | ) ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 23-cv-10438-MJJ |
| UGO LOGISTICS, LLC, a Massachusetts Limited Liability Company; HENRY EMELE, an individual; KARA EMELE, an individual; and DOES 1-10, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) | |

<u>ORDER</u>

JOUN, D.J.

After review, the Court GRANTS the Motion for Settlement (Doc. No. 32) and APPROVES the Settlement Agreement and General Release for each of the plaintiffs. Accordingly, the individual plaintiffs' claims against the defendants are DISMISSED with prejudice, without costs, attorneys' fees, or interest, and with plaintiffs waiving all rights of appeal.

SO ORDERED.

Dated: 11/28/2023

/s/ Myong J. Joun
United States District Judge